|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 24, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL MAHONEY,<br><br>        Defendant. | Case No. 2:22-mj-00071-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL MAHONEY, Case No. 2:22-mj-00071-DB  Charge 18 U.S.C. § 922(k), from custody for the following reasons:

      \_\_\_\_\_  Release on Personal Recognizance

      __X__  Bail Posted in the Sum of $   50,000.00.

            __X__  Unsecured Appearance Bond $   50,000.00

            \_\_\_\_\_  Appearance Bond with 10% Deposit

            \_\_\_\_\_  Appearance Bond with Surety

            \_\_\_\_\_  Corporate Surety Bail Bond

            \_\_\_\_\_  (Other):  The defendant is to be released at 9:00 a.m.

            __X__  on Wednesday, May 25, 2022 and shall report directly to the Pretrial Services Office.

Issued at Sacramento, California on May 24, 2022 at 3:31 p.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE