FILED
MAY 23 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

MICHAEL MAHONEY

Case No. 2:22-mj-0071 DB

UNSEALED

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

USMS SACRAMENTO RCVD
MAY 11 2022 AM 11:27

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL MAHONEY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(k) – Possession of a firearm with an obliterated serial number

26 U.S.C. § 5861(d) – Possession of an unregistered short-barreled shotgun

26 U.S.C. § 5861(d) – Possession of an unregistered silencer

Date: May 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

City and state:   Sacramento, California

### Return

This warrant was received on *(date)* 5/11/22 , and the person was arrested on *(date)* 5/23/22
at *(city and state)* _____

Date: 5/23/22

For FBI
_____
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*